**Affidavit of Service Re: Wisconsin Physicians Service Insurance Corporation**
Invoice #: 14-170

United States District Court—Western District of Wisconsin
Civil Action No. 14 CV 215

RE: Cynthia Larson v. Wisconsin Physicians Service Insurance Corporation

I, Derek M. Kelliher, being duly sworn state:

I am now and was at the date hereinafter stated an adult resident of the State of Wisconsin. I am not a party to this action.

On March 27th, 2014, at 10:35 am at the address of 1717 W. Broadway, Madison, WI, I personally served an authenticated copy of a Summons and Complaint to Beth Shore (Associate General Counsel and authorized employee accepting service on behalf of Wisconsin Physicians Service Insurance Corporation).

At the time of service, I endorsed upon the authenticated copies of the documents so served, the date and time of service and signed my name to it.

Date: 3-28-14

Subscribed and sworn to before me
this 28 day of March, 2014.

Notary Public, Wisconsin
My commission expires: 1/29/2018