IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CYNTHIA LARSON, on behalf of herself and
all others similarly situated,

        Plaintiffs,

v.                                      Case No. 14-CV-215

WISCONSIN PHYSICIANS SERVICE
INSURANCE CORPORATION,

        Defendant.

---

## DEFENDANT WISCONSIN PHYSICIANS SERVICE INSURANCE CORPORATION'S MOTION TO DISMISS

---

Defendant Wisconsin Physicians Service Insurance Corporation ("WPS"), by its counsel, Godfrey & Kahn, S.C., hereby moves this Court for an order of dismissal with prejudice under Federal Rule of Civil Procedure 12(b)(6). The grounds for this motion are set forth in the accompanying brief and all other papers and records on file in this action.

Dated: April 4, 2014.          GODFREY & KAHN, S.C.

                                      By:   *s/Kendall W. Harrison*
                                              James A. Friedman, State Bar No. 1020756
                                              Todd G. Smith, State Bar No. 1022380
                                              Kendall W. Harrison, State Bar No. 1023438

                                              Attorneys for Defendant Wisconsin Physicians
                                              Service Insurance Corporation

One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
Telephone: (608) 257-3911
Fax: (608) 257-0609
jfriedman@gklaw.com
tsmith@gklaw.com
kharrison@gklaw.com
11160528.1