IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CYNTHIA LARSON,
on behalf of herself and others similarly
situated,

JUDGMENT IN A CIVIL CASE

    Plaintiff,

Case No. 14-cv-215-bbc

  v.

WISCONSIN PHYSICIANS SERVICE
INSURANCE CORPORATION,

    Defendant.

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Wisconsin Physicians Service Insurance Corporation dismissing this case.

| s/ R.Plender, Deputy Clerk | 8/29/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |